Richard Bowbal, a minor, by Anton Bowbal, his father and next friend, appellee, v. John Pozniak, a minor, and Michael Jurek, appellant. Gen. No. 36,284.

 Opinion filed February 6, 1933.
John A. Bloomingston, for appellant. Paul V. Pallasch and Ewart Harris, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

Jacob L. Rissman, plaintiff in error, v. Jacob Gidwitz, defendant in error. Gen. No. 35,836.

 Opinion filed February 8, 1933.
Ringer, Wilhartz & Hirsch, for plaintiff in error; Samuel E. Hirsch and Ben A. Stewart, of counsel. Alfred Beck, for defendant in error.
Mr. Presiding Justice Wilson delivered the opinion of the court.

John J. Minogue, appellee, v. Frank Zolpus, appellant. Gen. No. 35,946.

 Opinion filed February 8, 1933.
Hermann P. Haase, for appellant. Henry Mitgang, for appellee.
Mr. Presiding Justice Wilson delivered the opinion of the court.